✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF    MASSACHUSETTS

UNITED STATES

V.

JOSE GONZALEZ

**EXHIBIT AND WITNESS LIST**

Case Number:  04CR10046-RGS

| PRESIDING JUDGE<br>BOWLER | PLAINTIFF'S ATTORNEY<br>PETER LEVITT | DEFENDANT'S ATTORNEY<br>DEL VECCHIO |
|---|---|---|
| TRIAL DATE (S)<br>3/1/04 | COURT REPORTER<br>DIGITAL | COURTROOM DEPUTY<br>SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 3/1/04 |   |   | JEFFREY WOOD; FBI for the Government |
| 1 |   | 3/1/04 | X | X | AFFIDAVIT |
| 2 |   | 3/1/04 | X | X | SUMMARY |
| 3 |   | 3/1/04 | X | X | VIDEO TAPE |
|   | A | 3/1/04 | X | X | CRIMINAL DOCKET |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages