AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JOSE GONZALEZ   AKA KING STRIKE

**WARRANT FOR ARREST**

CASE NUMBER: 04CR 10046 RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSE GONZALEZ   AKA KING STRIKE__
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRARCY TO POSSESS WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF COCAINE BASE A SCHEDULE II CONTROLLED SUBSTANCE

in violation of Title __21__ United States Code, Section(s) __846 & 841 AND 18 USC2__

MARY L. CUMMINGS
Name of Issuing Officer

Mary L. Cummings
Signature of Issuing Officer

COURTROOM SUPERVISOR
Title of Issuing Officer

02-19-2004   BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/26/04

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: JOSE GONZALEZ  AKA KING STRIKE

ALIAS: KING A-SHOT

LAST KNOWN RESIDENCE: 48 FARNHAM STREET, LAWRENCE, MA

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1975

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 7347

HEIGHT: 6'5"            WEIGHT: 160

SEX: MALE              RACE:

HAIR: BLK              EYES: BRO

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: