(14)                              (Class Topic)

## CONVICT'S CODE OF CONDUCT

Being a LATIN KING means you must be prepared for all situations, including the possibility of arrest for accusations by the Commonwealth for illegal activity. One of the most democratic and fair constitutions can be found right here in the United States. Although the U.S.'s laws are fair enough, who interprets them seems to be the fault of this country's judicial system. Statistics by unbiased sociologists show the fact that there is a fault in how the government interprets true justice. For this reason, the Convict's Code has been added to this book.

### THINGS YOU SHOULD KNOW

1. When you are being arrested the only thing you have to answer is who you are and that can be resolved by showing them your identification card.

2. Studies of justice handled with people of color who have been arrested shows that talking with any sort of government official can only worsen a situation that you may be involved with in that moment. "YOU HAVE A RIGHT TO REMAIN SILENT" (Miranda rights), so it would be best in a situation where you are confronted with police authorities to wait for a consultation with your lawyer, before attempting to clear your name from any particular case or cases. THOUSANDS!!!! of brothers and sisters are doing alot of prison time for not abiding by these rights and have become victims of their own signed statements. Any good lawyer will tell you this.

3. It has been known to a great many brothers and sisters, the foul coercement of suspects by police staff and district

(15)                    (Cont, Class Topic)

attorneys.  Techniques such as divide and conquer (ie... It's
best to protect yourself from your co-defendant 'cause he's
already written a statement against you, or they'll say "you
better talk to us now and it will be easier for you at the end,
I promise just write a statement and you'll be alright").  If
you have talked to police or signed any statements, in the end
the only people it will come out easier for are the officers,
it will be easier to convict you!!  Don't fall into any of their
tricks, no matter how bad it may seem for you.  Wait for your
lawyer to consult with.  If you don't have a lawyer, don't worry
the Commonwealth has to provide a lawyer for you.  It's better
to wait three days in jail for your lawyer, than spend 5 years or
life imprisonment for stupidity!  Better safe than sorry.

### LAWYERS

4.  When it comes to receiving a lawyer, it is best to find a
privately-paid lawyer.  Your chapter's job is to check out a
lawyer that is qualified to represent earnestly and capably any
and all members of the A.L.K.N.  You must be careful as to your
choice because there are lawyers who can and will sell you out
for monetary goods, favors to the government, or political
reasons.  By asking your lawyer how many victories he has won
against the Commonwealth and if he has proof of these victories,
you are being alert.  In case your chapter cannot afford to help
you pay for the the cost of a private lawyer ( if the chapter has
been established for more than two years, then this should be an
embarrassment) then a lawyer provided by the government shall be
provided for you.  This lawyer is titled PUBLIC DEFENDER.

(16)                    (Cont, Class Topic)

Although you should never put your full trust in a private lawyer, you should be even more wary of the public defender because that lawyer is working for the same government, who is trying to put you behind bars-- the Commonwealth of Massachusetts. You must be wary that your particular public defender is not looking to hurt your case as opposed to helping it. To be frank, whether a lawyer is public or private, you must never rest your fate in another person's hand. Be involved with your case. Make sure you ask your lawyer for your "Grand Jury Minutes" and any or all statements and summary statements, as well as police reports that are written against you. Don't take no for an answer. Doing the things, aforementioned, will keep you abreast with your case. Therefore, you are prepared. Remember that you are the one who may end up incarcerated, not your lawyer.

### CERTAIN RULES TO BE KNOWN IN MASS. PRISONS

1. Never get into any friendly conversations with any correctional staff.

2. Never look into anyone else's cell.

3. Never accept gifts from a prisoner whom you do not really know. (if it could prove an ugly situation)

4. Never associate with "Situational Homosexuals."

5. Never make any loud noises especially after 10:00 p.m.

6. Never sleep or rest with your cell door open.

7. Never walk with sandals in the block or pod.

8. Never associate yourself with anyone or anything having to do with protective custody (P.C.)

9. Never associate with Skinners (rapists) or Diddlers (child molesters).

(17)                    (Cont, Class Topic)

10.   Never engage in any physical games.

11.   Never use derogatory statements about anyone's racial
      attributes.

)                          (18)                        (PV-I)

PROCEDURES FOR VIOLATION

NAME OF MEMBER_____DATE_____

TYPE OF VIOLATION_____

_____

_____

NAME OF ACCUSER_____

CROWN/COUNSEL HEARING DATE_____PLACE_____TIME_____

LOCAL CROWN MEMBERS PRESENT   1._____

2._____    3._____

4._____    5._____

COUNSEL MEMBERS PRESENT      1._____

2._____    3._____

4._____    5._____

6._____    7._____

VERSION OF THE ACCUSED_____

_____

_____

_____

IF YOU NEED MORE SPACE, PLEASE USE REVERSE SIDE.

WITNESSES (IF ANY)   1._____    2._____

CROWN COUNSEL CHAIRMAN/LOCAL CROWN DISPOSITION_____

_____

_____

_____

_____

NOTE: ONCE COMPLETED THIS MUST BE
FILED WITH THE SECRETARY FOR RECORDS        _____
PURPOSE.                                    LOCAL INCA SIGNATURE/DATE

(19)                                    (IN-I)

## INVESTIGATION NOTICE

TO: _____

FROM: _____

RE: REQUEST FOR STATEMENT


By the power of the MASS. STATE 'LAS CORONAS' and in compliance

with the MANIFESTO/CONSTITUTION, IT IS hereby requested that the

above named member submit a complete written statement of his or

version of the event charged below.  You must send your statement

to the undersigned designated officer within (15) fifteen working

days from the above date.  After all statements have been

thoroughly investigated by the undersigned, a final and official

decision will be made by the respective local or state officials

and copies of disposition shall be sent to every member involved

and also to the local crown.



CHARGED ALLEGED: _____

_____

_____

_____

_____


_____          _____
DESIGNATED OFFICER                      DESIGNATED OFFICER
MASS. STATE A.L.K.O.N                   MASS. STATE A.L.K.O.N.

(20)                                                    (EV-I)

## MASS. STATE LAS CORONAS

TO:_____

FROM:  MASS. LAS CORONAS

SUBJECT:  FINAL DECISION

### (EXECUTIVE ORDER)

It is hereby ordered that in accordance with the Manifesto/
constitution of the ALMIGHTY LATIN KING NATION, and all of its
applicable sections, the above named _____ is
hereby_____ for the below listed findings. A com-
plete investigation has been conducted by the MASS. LAS CORONAS
in the matter of _____ that occurred on
___/___/___ and this MASS. LAS CORONAS order shall serve as our
final decision in the matter.

FINDINGS:_____
_____
_____
_____

FINAL DECISION:_____
_____

VIOLATION (IF ANY) CHARGED:_____

A.L.K.N. MANIFESTO/CONSTITUTION SECTION VIOLATED (IF ANY):_____
_____

A copy of this order is hereby sent to the _____ local
crown on this date ___/___/___ and sahll be enforced immediately
therein

(CONT, EV-I)

SHAHIO MALIK
MASS. STATE INCA 'LAS CORONA'
ALMIGHTY LATIN KING NATION

CHINO COLLAZO
MASS. STATE CASIQUE 'LAS CORONAS
ALMIGHTY LATIN KING NATION

(EO-1)

(21)                                   (FF-1)

## FUNERAL ARRANGEMENTS

NAME OF DECEASED_____FUNERAL DATE___/___/___

FUNERAL HOME_____PHONE#(   )_____

ADDRESS_____CITY_____STATE___ZIP_____

CEMETERY_____PLOT #_____

BURIAL DATE___/___/___                TIME ___/___ a.m or p.m

CREMATION DATE ___/___/___            TIME ___/___ a.m or p.m

ASHES GIVEN TO _____ RELATION_____

            (complete name)


LOCATION OF ASHES IF SCATTERED _____

LATIN KING GRAVESTONE TO BE PLACED BY _____

                            L.K. CHAPTER

ARRANGEMENTS SECURED BY _____

                    LATIN KING TESORERO

COST OF L.K. GRAVESTONE $_____DATE L.K. STONE PLACED ___/___/


                            _____

                            TESORERO SIGNATURE

NOTE: To be given to the secretary for filing after completely
        filled out.

(22)                    (Amendment XI-CE-1)

## HOW TO ESTABLISH A CHAPTER OF THE A.L.K.N. IN MASSACHUSETTS

The establishment of a chapter is a happy moment for the entire family of the ALMIGHTY LATIN KING NATION. It is a sign of positive growth and a light of hope for the lost brothers and sisters in that particular community. An individual or group of individuals who strive to make this nation grow for the sake of liberation should be commended for their ambition. Yet, there are indeed some things that members should know before striving to make this nation grow. The first page of our MANIFESTO states the following: "He who does not know, and does not know that he does not know, is a fool...Avoid him! (Confucian). When a member decides (or a group of members) to open a chapter for the good of the nation, then it should be a given that this individual(s) have acquired a substantial amount of knowledge, experience, understanding, strength, leadership capabilities, and are well on their way to acheiving 360* (degrees) of strong King Wisdom. If you are still in the "Primitive" or Conservative" stage, then it is truly impossible for you to lead others to the full extent that is needed when directing a chapter. An experienced person, well into the "New King Stage" is needed for such a mission. If you have not achieved the aforementioned qualities required to become a leader or officer in this nation, how then can you dare to decide to open up a chapter. To avoid disorganization and confusion, as well as renegade chapters the following shall be amended: No member is to open any chapter in any

(23)                    (Amendment XI-CE-II)

city without a written and signed <u>EXECUTIVE ORDER FORM</u> (EO-I)
(pge 16) filled out and signed by the Mass. State Las Coronas
Inca (Brother Shahid Malik). No Local Crown has the authority
to authorize an opening of a chapter. The process of opening
a chapter goes as follows: The nearest chapter Local Inca
shall formally request in written form that a qualified member
or members would like to open a chapter. After these qualified
members (whose names and their whereabouts should be included
in the written request) are approved by the Mass. State Las
Coronas, you shall await the <u>EXECUTIVE ORDER FORM.</u>  YOU SHOULD
NOT PROCEED IN OPENING A CHAPTER UNLESS YOU HAVE THE REQUIRED
WRITTEN AND SIGNED FORMS. Any individual who illegally sets
up an unauthorized chapter of the ALMIGHTY LATIN KING NATION
is in a <u>major</u> violation. Any member or Local Crown who
establishes such a chapter shall be immediately suspended and
tried under the CONSTITUTION procedures. Any member who sees
an unfamiliar chapter, it is your duty to inform said chapter
that they are in violation of an amendment of the A.L.K.N.
and should immediately report to the nearest legitimate Local
Chapter for further instructions. If the violating chapter
ignores your advice then inform the surrounding chapters of
the unauthorized chapter's disrespect. It is then the
responsibility of the legitimate Local Chapter to inform the
Mass. Las Coronas and await further instructions in response
to the unauthorized chapter's disrespect. Your attention to
this matter will be greatly appreciated.

(24)                    (Amendment XI-CE-III)

(CONT, ESTABLISHING A CHAPTER)

Chicago Nation Las Cononas                Brother Shahid Malik L.K.
Chicago, Illinois                         Mass. State Las Cononas (Inca)
Almighty Latin King Nation                Almighty Latin King Nation

BEHOLD LATIN KING

(25)                    (Class Topic)

<u>TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS</u>

<u>SOCIAL STRUCTURE</u>

Achieved Status-    A social status that is attained through
                    personal effort. (compared to ascribed
                    status.

Demography-         The study of population characteristics and
                    how they change over time and vary from
                    society to society.

Interpersonal-      Relationships based on direct interactions
Relations           between individuals which may consist of
                    competition, cooperation, conflict, and/or
                    exchange.

Master Status-      A social position that tends to override
                    everything else the person is or does.

Macrosociology-     The analysis of large scale social organi-
                    zation and long-term social processes.
                    (compare Microsociology)

Microsociology-     The detailed, moment to moment analysis of
                    everyday behavior and real life interaction.

Network-            A web of social relationships that connect
                    people or organizations to eachother, directly
                    or indirectly.

Social-             A relatively stable set of norms and values,
Institutions        statuses and roles, groups and organizations
                    that provide a structure for behavior in a
                    particular area of social life.

(26)                      (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

## SOCIAL BEHAVIOR

Anomie-            A condition of normallessness or loss of
                   accepted social rules in society.

Conformists -      Merton's term for people who accept both the
                   goal their culture holds out as desirable and
                   the approved means of attaining them, whatever
                   the consequences.

Deviance-          Behavior that violates widely held norms.

Labeling-          The view that deviant behavior is an inter-
Theory             active process whereby a society or a group
                   within society, defines certain behavior as
                   deviant and then treats them as outcasts.

Inovators-         Merton's term for people who are determined
                   to achieve conventional goals, but are willing
                   to use unconventional means.

Differential-      Sutherland's term for the learning of criminal
Associations       or violent behavior through exposure to pre-
                   dominantly pro-criminal norms and values or
                   to situations that reward criminal behavior.

Informal Social-   Subtle, unofficial pressures to conform to
Controls           society's norms and values.

Collectivist-      A non-bureaucratic organization in which
Organization       authority is shared and rules are subject to
                   negotiation.

(27)                    (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

Dyad-                    A two person group.

Total-                   An extreme form of formal organization that
Institution              requires that individuals surrender their
                         autonomy.

Altruistic-              Suicide, that in Durkheim's view, results
Suicide                  from a strong attachment to a group or
                         community.

Self-Fulfilling-         A false belief that influences behavior in
Prophecy                 such a way that the false prophecy comes true.

Agents of-               An individual, group, or organization that
Socialization            influences a person's belief in one's self
                         and a person's behavior.

Self-                    The individual's sense of identity or Who
                         am I?

Democracy-               A political system based on popular partici-
                         pation in the decision-making process, or
                         rule by the people.

Protest-                 A grass-roots effort to change established
Movements                policies and practices.

Nativism-                The view that american institutions must be
                         protected from immigrant influences. "America
                         for Americans".)

Genocide-                The systematic attempt to murder members of a
                         social or ethnic group.

Majority group-          A category of people who have gained a dominant
                         position in society and guard their power and

(28)                    (Class Topic)

(CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

position, excluding others from their ranks.

Minority-
Group
A category of people whose members are dis-
advantaged, held in low esteem, excluded from
social positions, and conscious of being
"A people apart."

Racism-
The belief that a group considered a social
group is innately inferior and that this
justifies discrimination against and the
exploitation of members of that race.

Organized-
Crime
Organizations that exist primarily to provide
and profit from illegal goods and services.

Retreatist-
Merton's term for people who have given up
both on goals and the means for attaining them.

Ritualists-
Merton's term for people who are so compulsive
about following social rules that they lose
sight of their goals.

White Collar-
Crimes
Individuals and corporations engaged in other-
wise legitimate businesses, who either conduct
business by illegal means or take illegal
personal profits at the expense of their
employers, customers, or government.

Cultural-
Relativism
The view that a culture must be understood in
terms of its own values and meanings.

Ethnocentrism-
The tendency to evaluate other cultures in
terms of one's own and to conclude that the other

(29)                          (Class Topics)

## (CONT, TERMS FOR A.L.K.N. MASS. CLASS DISCUSSIONS)

Counterculture-   A subculture that actively opposes the
                  values and practices of the specific society.

Mores-            Norms that are sacred, so that violation is
                  unthinkable.

(30)                               (Class Topic)

## THE SUPPORT OF BROTHERS ANS SISTERS IN PRISON

As an Almighty Latin King Nation, we must realize that we
as a people are oppressed. The question we need to ask is who
is oppressing us, why do they oppress us, and how do we escape
this stagnant plight? A bit of the solution is the determin-
ation to educate oneself about the answers to the stated
questions. The concern in this letter is to speak of an issue
which affects thousands of our brothers and sisters. The
prison system in this era is a system that true indeed holds
many of our people as political prisoners. There is enough
evidence shown by observing a court procession against any
given ALANA (Asian, Latino, African, Native American) individ-
ual, especially one that has a jury board. Although there is
no doubt that some of our people who stnad trial have committed
an offensive act, many thousands go through this judicial sys-
tem which breeds racism, discrimination, and euro-nativism,
thereby not receiving a fair trial as guaranteed in our
statutory rights. There are many reasons why our people find
themselves in legal binds, yet the facts can easily show that
most of the time, we end up dealing with unfair decisions given
out by a biased jury or judge. Under the laws of the Constit-
ution these victims of an unjust judicial system should be
freed from their prison. Unfortunately, reality deems quite
the contrary. As a nation who prides itself as the servants of
the third world community, let us take into account that there
are brothers and sisters who find themselves incarcerated, feel-
ing lost and without hope. Make the effort to comfort those

(31)                    (Class Topic)

## (CONT, THE SUPPORT OF BROTHERS AND SISTERS IN PRISON

brothers and sisters by writing to them, setting up an emergency fund for those members in the nation, who find themselves in a financial bind, whether in the prison or whether the family of the incarcerated are in time of need. It is important that we do not practice out of sight out of mind. The above stated should give you a perspective as to how to go about caring for those brothers and sisters. May we hope that this advice is taken into serious consideration. It would be a shame to not receive in the State of The Nation Reports every chapters effort to care for our members in prison and those oppressed brothers and sisters who we are a guiding light to.

(32)                    (Amendment XIII-9-1)

## Importance of Brothers/Sisters to Attend Jury Duty

In 1988, the Hon. Justice, Liacos, of the Commonwealth's Supreme Judicial Court, ordered that a "Commission to Study Racial and Ethnic Bias in the Courts," be enacted. Judge Liacos felt such a response was necessary due to questionable actions by the Commonwealth's judicial servants. The aforementioned commission issued a report in 1994, in response to the Hon. Liacos' order. The report admitted that during their investigations, there were many unfair issues against people of Color. In one instance, they addressed many cities and towns use of ineffective procedures for compiling jury lists. The fact of the matter is that when people of Color are submitted to jury trials, more times than less, they are faced with jurors who are not their peers. (A right guaranteed by the Constitution.)

Because of the compiled ineffective efforts between the Commonwealth Justic System and ALANA (Asian, Lationo, African, Native American) citizens, many of our ALANA Brothers and Sisters face unfair verdicts and unfair sentencing structures. Being Nation Men and Women, we have an irrevocable duty to support and participate in all issues that help uplift and progress oppressed people. As a Nation Man who has experienced living in impoverished ALANA communities, I know that said communities in majority, do not make attending jury duty an obligation. Although the A.L.K.N. does not fully support a government that works against its people for intended or unintended reasons. (We are