AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

UNITED STATES

V.

JOSE GONZALEZ

**EXHIBIT AND WITNESS LIST**

Case Number:  04-10046-RGS

| PRESIDING JUDGE BOWLER | PLAINTIFF'S ATTORNEY PETER LEVITT | DEFENDANT'S ATTORNEY DEBRA DELVECCHIO |
|---|---|---|
| TRIAL DATE (S) 3/17/2004 | COURT REPORTER DIGITAL | COURTROOM DEPUTY SACCOCCIO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | B | 3/17/04 | X | X | Lawrence, MA police report |
|  | C | 3/17/04 | X | X | Letter from David Cloto |
|  | D | 3/17/04 | X | X | Letter from Luis Feliciano |
|  | E | 3/17/04 | X | X | Affidavit of Juan Feliciano |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages