```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

```
                                           FILED
                                        IN CLERKS OFFICE

                                        2004 JUN -1  P 2: 30
```

UNITED STATES OF AMERICA )
)
v. )
) CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ, )
   AKA "KING A-SHOT", AND )
)
2. JOSE GONZALEZ, )
   AKA "KING STRIKE", AKA )
   "TITO" )
)

U.S. DISTRICT COURT
DISTRICT OF MASS.

### ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to exclude from all Speedy Trial Act calculations the period of time from June 1, 2004 (the date of the interim status conference) to and including July 20, 2004 (the date of the re-scheduled interim status), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A). For the reasons stated by the respective counsel for the defendants in Court on June 1, 2004, in requesting the continuance, the requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial. The defendants,

through respective counsel, assent to the relief requested herein.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

         By:          /s/ Peter K. Levitt
                              PETER K. LEVITT
                              Assistant U.S. Attorney
                              One Courthouse Way
                              Boston, MA
                              (617) 748-3355

June 1, 2004