```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
         v.                    )
                               )   CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ,             )
   AKA "KING A-SHOT", AND      )
                               )
2. JOSE GONZALEZ,              )
   AKA "KING STRIKE", AKA      )
   "TITO"                      )
                               )
```

## ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to exclude from all Speedy Trial Act calculations the period of time from July 20, 2004 (the date of the finial status conference) to and including September 13, 2004 (the date of the further final status conference), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A).  For the reasons stated by the respective counsel for the defendants in Court on July 20, 2004, in requesting the further status conference, the requested delay is in the interests of justice and outweighs the best interests of the public and the defendant in a speedy trial.  The

defendants, through respective counsel, assent to the relief requested herein.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:     <u>S/ PETER K. LEVITT</u>
           PETER K. LEVITT
           Assistant U.S. Attorney
           One Courthouse Way
           Boston, MA
           (617) 748-3355

July 20, 2004