```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10046-RGS |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| 1. ANGEL GONZALEZ, | ) | 21 U.S.C. § 846-- |
|    AKA "KING A-SHOT", AND | ) | Conspiracy To Distribute |
| | ) | Cocaine Base |
| 2. JOSE GONZALEZ, | ) | |
|    AKA "KING STRIKE", AKA | ) | 21 U.S.C. § 841(a)-- |
|    "TITO" | ) | Distribution Of Cocaine |
| | ) | Base |
| | ) | |
| | ) | 21 U.S.C. § 841(a)-- |
| | ) | Distribution Of Cocaine |
| | ) | |
| | ) | 18 U.S.C. § 2-- |
| | ) | Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- |
| | ) | Criminal Forfeiture |
| | ) | Allegation |

## SUPERSEDING INDICTMENT

COUNT ONE:   (21 U.S.C. § 846--Conspiracy to Distribute Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about September 2003, and continuing thereafter until at least November 2003, at Lawrence, Methuen, and elsewhere in the District of Massachusetts,

    1. ANGEL GONZALEZ, AKA "KING A-SHOT", and
    2. JOSE GONZALEZ, AKA "KING STRIKE", AKA "TITO",

the defendants herein, did knowingly and intentionally combine, confederate, conspire, and agree with each other and with other

persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine," in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841 (b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **(21 U.S.C. § 841(a)(1)--Distribution Of Cocaine;
              18 U.S.C. §2--Aiding and Abetting))**

The Grand Jury further charges that:

On or about September 12, 2003, at Lawrence and Methuen, in the District of Massachusetts,

       **1. ANGEL GONZALEZ, AKA "KING A-SHOT",**

the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine
         Base; 18 U.S.C. §2--**Aiding and Abetting**))

The Grand Jury further charges that:

On or about September 16, 2003, at Lawrence and Methuen, in the District of Massachusetts,

1. **ANGEL GONZALEZ, AKA "KING A-SHOT"**, and
2. **JOSE GONZALEZ, AKA "KING STRIKE", AKA "TITO"**,

the defendants herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base)

The Grand Jury further charges that:

On or about October 21, 2003, at Lawrence, in the District of Massachusetts,

**2.    JOSE GONZALEZ, AKA "KING STRIKE", AKA "TITO"**, the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE**:      (21 U.S.C. § 841(a)(1)--Distribution Of Cocaine Base)

The Grand Jury further charges that:

On or about November 13, 2003, at Lawrence, in the District of Massachusetts,

  **2.  JOSE GONZALEZ, AKA "KING STRIKE", AKA "TITO"**, the defendant herein, knowingly and intentionally possessed with intent to distribute, and distributed, cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the transaction described herein involved at least 5 grams of a mixture or a substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1. The defendant ANGEL GONZALEZ is accountable for at least 20 grams, but less than 35 grams, of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, USSG §2D1.1(c)(6) applies to this defendant.

2. The defendant JOSE GONZALEZ is accountable for at least 20 grams, but less than 35 grams, of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, USSG §2D1.1(c)(6) applies to this defendant.

3. At the time he committed the offenses charged in this Superseding Indictment, the defendant, ANGEL GONZALEZ, was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to this defendant.

4. At the time he committed the offenses charged in this Superseding Indictment, the defendant, JOSE GONZALEZ, was at least eighteen years old and had two or more prior felony convictions of either a crime of violence or a controlled substance offense. Accordingly, U.S.S.G. §§ 4B1.1 & 4B1.2 apply to the defendant.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 5 of this Indictment,

    1. ANGEL GONZALEZ, AKA "KING A-SHOT", and
    2. JOSE GONZALEZ, AKA "KING STRIKE", AKA "TITO",

the defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

    All in violation of Title 21, United States Code, Section 853.

**A TRUE BILL**

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS


DISTRICT OF MASSACHUSETTS; September 23, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/23/04 @ 12:03 pm

-10-

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

# Criminal Case Cover Sheet     U.S. District Court - District of Massachusetts

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X    Case No. 04-10046-RGS
Same Defendant  X    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: JOSE GONZALEZ    Juvenile: ☐ Yes  X No

Alias Name: KING STRIKE   AKA TITO

Address: 48 FARNHAM STREET, LAWRENCE, MA

Birthdate: 1975    SS # 000 00 7347    Sex: MALE    Race: Hispanic    Nationalit US

**Defense Counsel if known:** Denorah Delvechio    Address

Bar Number

**U.S. Attorney Information:**

AUSA  JOHN WORTMANN, JR.; PETER K. LEVITT    Bar Number if applicable

**Interpreter:** ☐ Yes  X No    List language and/or dialect:

**Matter to be SEALED:**    Yes  X  No

   Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date 2/19/04

   Already in Federal Custody as of 2/19/04    in
☐ Already in State Custody at ———— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by:    on

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/23/04    Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE GONZALEZ   AKA KING STRIKE   AKA TITO

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE BASE | 3, 4, 5 |
| Set 3 | 18 USC 2 | AIDING AND ABETTING | 3, 4, 5 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-gonzalezJ2.wpd - 2/7/02

℠JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** Lawrence   **Category No.** II   **Investigating Agency** FBI

**City** Lawrence   **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  X   Case No. 04-10046-RGS
Same Defendant  X   New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name  ANGEL GONZALEZ   Juvenile:  ☐ Yes  X No

Alias Name  KING A-SHOT

Address  78 INMAN ST., LAWRENCE, MA

Birthdate: 1978   SS # 000 00 2345   Sex: MALE   Race: Hispanic   Nationalit US

**Defense Counsel if known:**  Mike Bourbeau   Address

Bar Number

**U.S. Attorney Information:**

AUSA  JOHN WORTMANN, JR.; PETER K. LEVITT   Bar Number if applicable

Interpreter:  ☐ Yes  X No   List language and/or dialect:

Matter to be SEALED:   Yes  X No

   Warrant Requested   ☐ Regular Process   X In Custody

**Location Status:**

Arrest Date 2/19/04

   Already in Federal Custody as of 2/19/04   in
☐ Already in State Custody at   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by:   on

**Charging Document:**   Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— X Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 9/23/04   Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   ANGEL GONZALEZ   AKA KING A-SHOT

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 2 |
| Set 3 | 21 USC 841 | DISTRIBUTION OF COCAINE BASE | 3 |
| Set 4 | 18 USC 2 | AIDING AND ABETTING | 2, 3 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____