# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      v.                                            CR. NO. 04-10046-RGS

ANGEL GONZALEZ
JOSE GONZALEZ

## NOTICE

September 28, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:45 p.m., Tuesday, October 5, 2004,** in

courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston,

Massachusetts.

                                                             /s/
                                                             **MARIANNE B. BOWLER**
                                                             Chief United States Magistrate Judge

To:  ALL COUNSEL OF RECORD

\* **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**