```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )
                                )   CR. NO. 04-10046-RGS
1. ANGEL GONZALEZ,              )
   AKA "KING A-SHOT", AND       )
                                )
2. JOSE GONZALEZ,               )
   AKA "KING STRIKE", AKA       )
   "TITO"                       )
                                )
```

## ASSENTED TO MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS

The United States, through its undersigned counsel, hereby moves to exclude from all Speedy Trial Act calculations the period of time from November 15, 2004 (the date of the further status conference) to and including December 20, 2004 (the date of the further final status conference), as excludable delay pursuant to 18 U.S.C. § 3161 (h)(1)(F) & (h)(8)(A).  For the reasons stated by respective counsel for the defendants in Court on November 15, 2004, in requesting the further status conference, the requested delay is in the interests of justice and outweighs the best interests of the public and the defendants

in a speedy trial.  The defendants, through respective counsel, assent to the relief requested herein.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                        United States Attorney

By:    <u>S/ PETER K. LEVITT</u>
        PETER K. LEVITT
        Assistant U.S. Attorney
        One Courthouse Way
        Boston, MA
        (617) 748-3355

November 17, 2004