UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       V.       CRIMINAL NO. 04-10046-RGS

ANGEL GONZALEZ and
JOSE GONZALEZ

# NOTICE OF HEARING

STEARNS, DJ.       DECEMBER 29, 2004

A CHANGE OF PLEA HEARING, AS TO BOTH DEFENDANTS, IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

MONDAY, JANUARY 10, 2005  AT 2:45 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

       RICHARD G. STEARNS
       UNITED STATES DISTRICT JUDGE

BY:

       /s/ Mary   H. Johnson
       Deputy Clerk